IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| JANE DOE | HON. ROBERT J. JONKER |
| | Untied States District Court Judge |
| Plaintiff, | |
| | Case No. 1:10-cv-895 |
| v. | |
| CARL J. GABRIELSE, | |
| in his personal and official capacity, | |
| and CITY OF HOLLAND, | |
| Defendant. | |
| _____/ | |

**STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF HOLLAND
TO RESPOND TO THE COMPLAINT**

It is hereby stipulated and agreed that Defendant City of Holland shall have until October 14, 2010 to answer or otherwise respond to the Complaint in this matter.


Dated: September 14, 2010              Bolhouse VanderHulst Risko Baar & Lefere

                                       By: /s/ Joel W. Baar
                                              Joel W. Baar (P56796)

                                       Grandville State Bank Building
                                       3996 Chicago Drive SW
                                       Grandville MI 49418
                                       Phone: (616) 531-7711
                                       Co-Counsel for Plaintiff
                                       Joelb@bolhouselaw.com

Dated: September 14, 2010              Smietanka, Buckleitner, Steffes & Gezon

                                       By: /s/ John A. Smietanka
                                              John A. Smietanka (P20610)

                                       4250 Chicago Drive SW, Suite B
                                       Grandville, MI 49418
                                       (616) 667-2217

|   |   |
|---|---|
|   | Co-Counsel for Plaintiff<br>jas@smietankalaw.com |
| Dated: September 14, 2010 | McGraw Morris PC |
|   | By: /s/ G. Gus Morris<br>     G. Gus Morris (P32960 |
|   | 2075 W Big Beaver Rd Suite 750<br>Troy, MI 48084<br>(248) 502-4000<br>Counsel for Defendant City of Holland<br>gmorris@mcgrawmorris.com |

**ORDER EXTENDING TIME FOR DEFENDANT CITY OF HOLLAND
TO RESPOND TO THE COMPLAINT**

Pursuant to the stipulation of counsel for Plaintiff and counsel for Defendant City of Holland,

IT IS HEREBY ORDERED that Defendant City of Holland shall have until October 14, 2010 to answer or otherwise respond to the Complaint in this matter.


Dated: _____

                                    Hon. Robert J. Jonker
                                    United States District Court Judge