UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

      Plaintiff,                              Case No. 1:10−cv−00895−RJJ

v.                                       Hon. Robert J. Jonker

CARL J. GABRIELSE, et al.,

      Defendants.
_____/

## **ORDER**

      The Court GRANTS the Stipulation (docket # 3) extending the time to October 14, 2010, for Defendant City of Holland to respond to the Complaint.

      IT IS SO ORDERED.

Dated:  September 16, 2010                    /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                                          United States District Judge