AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 11/09)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Jane Doe | Case No.<br>Hon. | **1:10-cv-895** |
| v.<br>Carl Gabrielse and City of Holland | TO: Carl Gabrielse<br>ADDRESS: 12130 Fillmore Street<br>West Olive, MI 49460 | Robert J. Jonker<br>U.S. District Judge |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joel W. Baar (P56796(
Bolhouse VanderHulst Risko Baar & Lefere, PC
3996 Chicago Drive SW
Grandville, MI 49418
(616) 531-7711

TRACEY CORDES, CLERK OF COURT

By: _____
(Deputy Clerk)

Dated: __9/13/2010__

☑ 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
☐ P.O. Box 698, 229 Federal Building, Marquette, MI 49855
☐ B-35 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
☐ 113 Federal Building, 315 W. Allegan, Lansing, MI 48933

## PROOF OF SERVICE

This summons for __Carl Gabrielse__ (name of individual and title, if any) was received by me on __SEP 15 2010__ (date).

☑ I personally served the summons on the individual at __4613 Forest Lane, Holland, MI 49423__ (place where served) on __SEP 23 2010__ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __21.00__ for travel and $ __63.75__ for services, for a total of $ __84.75__.

I declare under the penalty of perjury that this information is true.

Date: __SEP 23 2010__

_JWB_ (Server's signature)

Jose B. Ontiveros
Certified Michigan
Court Officer
(Server's printed name and title)

JACO Civil Process
P.O. Box 150533
Grand Rapids, MI 49515
(Server's address)

Additional information regarding attempted service, etc.: