UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

## MINUTES

Case No.:  1:10cv895
Case Caption:  Thurman v. Gabrielse

Date:  November 30, 2010 at 4:00 p.m. to 4:35 p.m.
Place: Grand Rapids, MI
Judge: Hon. Robert J. Jonker

Appearances for Plaintiff:  Joel W. Barr and Tom Gezon
Appearances for Defendant:   Michael P. Farrell and G. Gus Morris

## **PROCEEDINGS**

**NATURE OF HEARING:**  Rule 16 Scheduling Conference

Clerk:  Melva I. Ludge
         Case Manager

Court Reporter:  Glenda Trexler