IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

---

SARAH THURMAN,

    Plaintiff,

v.

CARL J. GABRIELSE,
In his personal and official capacity,
and CITY OF HOLLAND,

    Defendants.

_____/

HON. ROBERT J. JONKER

Case No.: 10-CV-895

---

Joel W. Baar (P56796)
Bolhouse, Vander Hulst, Risko,
Baar & Lefere, PC
Co-Counsel for Plaintiff
Grandville State Bank Building
3996 Chicago Drive, S.W.
Grandville, MI 49418
(616) 531-7711
joelb@bolhouselaw.com

John A. Smietanka (P20610)
Smietanka, Buckleitner, Steffes
& Gezon
Co-Counsel for Plaintiff
4250 Chicago Drive, S.W., Suite B
Grandville, MI 49418
(616) 667-2217
jas@smietankalaw.com

G. Gus Morris (P32960)
McGraw Morris, P.C.
Counsel for City of Holland
2075 W. Big Beaver Road, Suite 750
Troy, MI 48084
(248) 502-4000
gmorris@mcgrawmorris.com

Mark P. Hunting (P56683)
Hunting Law, PLC
Counsel for Carl Gabrielse
161 Ottawa Avenue, N.W.
Suite 309-K
Grand Rapids, MI 49503
(616) 570-0750
huntingmp@gmail.com

J. Terrance Dillon (P23404)
Michael P. Farrell (P57321)
Myers, Nelson, Dillon &
Shierk, PLLC
Former counsel for Carl Gabrielse
125 Ottawa Avenue, N.W., Ste. 270
Grand Rapids, MI 49506
(616) 233-9640
tdillon@mnds-pllc.com
mfarrell@mnds-pllc.com

## STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL

Mark P. Hunting of Hunting Law, J. Terrance Dillon and Michael Farrell of Myers, Nelson, Dillon & Shierk, PLLC hereby stipulate to the entry of an order substituting Mark P. Hunting of Hunting Law, PLC as counsel of record for Defendant, Carl J. Gabrielse in this matter. A proposed Order of Substitution is attached to this stipulation as Exhibit A.

_____
Mark P. Hunting (P56683)
New Counsel for Carl Gabrielse

Date: 1-17-11

_____
John A. Smietanka (P20610)
Co-counsel for Plaintiff

Date:_____

_____
Joel W. Baar (P56796)
Co-Counsel for Plaintiff

Date:_____

_____
G. Gus Morris (P32960)
Counsel for City of Holland

Date:_____

_____
J. Terrance Dillon (P23404)
Former Counsel for Carl Gabrielse

Date: 1/14/11

_____
Michael P. Farrell (P57321)
Former counsel for Carl Gabrielse

Date: 1/14/11

## STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL

Mark P. Hunting of Hunting Law, J. Terrance Dillon and Michael Farrell of Myers, Nelson, Dillon & Shierk, PLLC hereby stipulate to the entry of an order substituting Mark P. Hunting of Hunting Law, PLC as counsel of record for Defendant, Carl J. Gabrielse in this matter. A proposed Order of Substitution is attached to this stipulation as Exhibit A.

_____
Mark P. Hunting (P56683)
New Counsel for Carl Gabrielse

Date:_____

_____
Joel W. Baar (P56796)
Co-Counsel for Plaintiff

Date:_____

_____
J. Terrance Dillon (P23404)
Former Counsel for Carl Gabrielse

Date:_____

_____
John A. Smietanka (P20610)
Co-counsel for Plaintiff

Date:_____

_____
G. Gus Morris (P32960)
Counsel for City of Holland

Date:_____

_____
Michael P. Farrell (P57321)
Former counsel for Carl Gabrielse

Date:_____

## STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL

Mark P. Hunting of Hunting Law, J. Terrance Dillon and Michael Farrell of Myers, Nelson, Dillon & Shierk, PLLC hereby stipulate to the entry of an order substituting Mark P. Hunting of Hunting Law, PLC as counsel of record for Defendant, Carl J. Gabrielse in this matter. A proposed Order of Substitution is attached to this stipulation as Exhibit A.

_____
Mark P. Hunting (P56683)
New Counsel for Carl Gabrielse

Date:_____

_____
John A. Smietanka (P20610)
Co-counsel for Plaintiff

Date:_____

*Joel Baar*
_____
Joel W. Baar (P56796)
Co-Counsel for Plaintiff

Date: 1/14/11

_____
G. Gus Morris (P32960)
Counsel for City of Holland

Date:_____

_____
J. Terrance Dillon (P23404)
Former Counsel for Carl Gabrielse

Date:_____

_____
Michael P. Farrell (P57321)
Former counsel for Carl Gabrielse

Date:_____

## STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL

Mark P. Hunting of Hunting Law, J. Terrance Dillon and Michael Farrell of Myers, Nelson, Dillon & Shierk, PLLC hereby stipulate to the entry of an order substituting Mark P. Hunting of Hunting Law, PLC as counsel of record for Defendant, Carl J. Gabrielse in this matter. A proposed Order of Substitution is attached to this stipulation as Exhibit A.

_____
Mark P. Hunting (P56683)
New Counsel for Carl Gabrielse

Date:_____

_____
John A. Smietanka (P20610)
Co-counsel for Plaintiff

Date:_____

_____
Joel W. Baar (P56796)
Co-Counsel for Plaintiff

Date:_____

_____
G. Gus Morris (P32960)
Counsel for City of Holland

Date:_____

_____
J. Terrance Dillon (P23404)
Former Counsel for Carl Gabrielse

Date:_____

_____
Michael P. Farrell (P57321)
Former counsel for Carl Gabrielse

Date:_____

**EXHIBIT A**

## ORDER FOR SUBSTITION OF COUNSEL

Upon the stipulation of Mark P. Hunting of Hunting Law, PLC, J. Terrance Dillon and Michael P. Farrell of Myers, Nelson, Dillon & Shierk, PLLC, it is ordered that Mark P. Hunting of Hunting Law, PLC be substituted ascounsel of record for Defendant, Carl Gabrielse. J. Terrance Dillon and Michael P. Farrell are relieved of representation as of the date of this Order.

Date: January 19, 2011

/s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge