UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** | 1:10-CV-895 (RJJ) |
| **Caption:** | Thurman v. Gabrielse et al |

| **Date:** | **Time:** | **Place:** | **Magistrate Judge:** |
|---|---|---|---|
| Jan. 18, 2011 | 2:00 - 8:04 pm | Grand Rapids | Hon. Hugh W. Brenneman, Jr. |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF(S):** | Joel Baar<br>John Smietanka | Sarah Thurman |
| **DEFENDANT(S):** | Mark Hunting<br>Gus Morris | Carl J. Gabrielse<br>City of Holland |

## PROCEEDINGS

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE held.**

**The parties settled the case in part.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | None | No |
| Settlement discussions between Judge and parties | 2:00 - 8:04 pm | No |

Proceedings Not Digitally Recorded

Deputy Clerk: L. Alley