# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:10-cv-00895 | Sarah Thurman v. Carl J. Gabrielse, et al | |

**PARTIES**     Attendees

| Name | On Behalf Of |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Result:  ☑ Case settled in full - Final paperwork will be filed by: July 8, 2011
         ☐ Mediation continuing - Date of Next Session
         ☐ Not settled - Mediation Completed

*This case was scheduled for mediation on June 22. The parties reached a settlement this morning.

Dated: June 20, 2011              Thomas F. Koernke (P26205)
                                  Thomas F. Koernke (P26205)
                                  Mediator