UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH THURMAN,

    Plaintiff,

Case No. 1:10cv895

v.

Hon. Robert J. Jonker

CARL J. GABRIELSE, et al.,

    Defendant.
_____/

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

The Court having been advised by correspondence dated June 20, 2011, of a resolution to this matter,

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **July 8, 2011**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the court's docket, this case will be dismissed without prejudice and without costs.

                       /s/ Robert J. Jonker
                          Robert J. Jonker
                        United States District Judge

Date: June 28, 2011