UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SARAH THURMAN,

    Plaintiff,

v.

CARL J. GABRIELSE, In His Personal
And Official Capacity; and CITY OF
HOLLAND,

    Defendants.

CASE #1:10-cv-895

HON. ROBERT J. JONKER

---

JOEL W. BAAR  (P56796)
Bolhouse, Vander Hulst, Risko, Baar & Lefere
Co-Counsel for Plaintiff
Grandville State Bank Building
3996 Chicago Drive SW
Grandville, MI   49418
(616) 531-7711
joelb@bolhouselaw.com

JOHN A. SMIETANKA  (P20610)
Smietanka, Buckleitner, Steffes & Gezon
Co-Counsel for Plaintiff
4250 Chicago Drive, SW, Suite B
Grandville, MI   49418
(616) 667-2217
jas@smietankalaw.com

G. GUS MORRIS   (P32960)
**McGRAW MORRIS P.C.**
Attorney for Defendant, City of Holland
2075 West Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

Mark P. Hunting (P56683)
Hunting Law, P.C.
Attorneys for Carl J. Gabrielse
161 Ottawa Ave., Suite 501-G
Grand Rapids, MI 49503
(616) 570-0750
huntingmp@gmail.com

---

**STIPULATED ORDER OF DISMISSAL OF DEFENDANT, CITY OF HOLLAND,
WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

---

    The parties to this Stipulation having agreed, and the Court being further fully advised in the premises;

    NOW, THEREFORE;

IT IS HEREBY ORDERED that Defendant, THE CITY OF HOLLAND, is hereby dismissed with prejudice and without costs or attorney fees to any party.

IT IS FURTHER ORDERED that any and all claims Plaintiff had or may have had against THE CITY OF HOLLAND which were or could have been brought by Plaintiff arising out of this incident giving rise to this litigation are forever barred.

_____
HON. ROBERT J. JONKER

**STIPULATED AND AGREED:**

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE

BY: s/ Joel W. Baar w/permission
JOEL W. BAAR (P56796)
Co-Counsel for Plaintiff
Grandville State Bank Building
3996 Chicago Drive SW
Grandville, MI 49418
(616) 531-7711
joelb@bolhouselaw.com

SMIETANKA, BUCKLEITNER, STEFFES & GEZON

BY: s/ John A. Smietanka w/permission
JOHN A. SMIETANKA (P20610)
Smietanka, Buckleitner, Steffes & Gezon
Co-Counsel for Plaintiff
4250 Chicago Drive, SW, Suite B
Grandville, MI 49418
(616) 667-2217
jas@smietankalaw.com

McGRAW MORRIS P.C.

BY: /s/ G. GUS MORRIS
G. GUS MORRIS (P32960)
Attorney for Defendants
2075 W. Big Beaver Road, Suite 750
Troy, MI 48084
(248) 502-4000
gmorris@mcgrawmorris.com
drgilmer@mcgrawmorris.com

Hunting Law, P.C.

BY: s/ Mark P. Hunting
Mark P. Hunting (P56683)
Attorneys for Carl J. Gabrielse
161 Ottawa Ave.
Suite 501-G
Grand Rapids, MI 49503
(616) 570-0750
huntingmp@gmail.com