UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SARAH THURMAN,

    Plaintiff,

v.

CARL J. GABRIELSE, In His Personal
And Official Capacity; and CITY OF
HOLLAND,

    Defendants.

CASE #1:10-cv-895

HON. ROBERT J. JONKER

---

| | |
|---|---|
| JOEL W. BAAR  (P56796)<br>Bolhouse, Baar & Lefere<br>Co-Counsel for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Drive SW<br>Grandville, MI   49418<br>(616) 531-7711<br>joelb@bolhouselaw.com | Mark P. Hunting (P56683)<br>Hunting Law, P.C.<br>Attorneys for Carl J. Gabrielse<br>161 Ottawa Ave., Suite 501-G<br>Grand Rapids, MI 49503<br>(616) 570-0750<br>huntingmp@gmail.com |
| JOHN A. SMIETANKA  (P20610)<br>Smietanka, Buckleitner, Steffes & Gezon<br>Co-Counsel for Plaintiff<br>4250 Chicago Drive, SW, Suite B<br>Grandville, MI   49418<br>(616) 667-2217<br>jas@smietankalaw.com | |

---

### STIPULATED ORDER OF DISMISSAL OF DEFENDANT CARL GABRIELSE WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

    The parties to this Stipulation having agreed, and the Court being further fully advised in the premises;

    NOW, THEREFORE;

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Carl Gabrielse are hereby dismissed with prejudice and without costs or attorney fees to any party.

    This Order resolves the last pending claim and closes the case.

                                                             _____
HON. ROBERT J. JONKER

**STIPULATED AND AGREED:**

| | |
|---|---|
| BOLHOUSE, BAAR & LEFERE | Hunting Law, P.C. |
| | |
| BY:    /s/ Joel W. Baar | BY:   /s/ Mark P. Hunting |
| JOEL W. BAAR (P56796) | Mark P. Hunting (P56683) |
| Co-Counsel for Plaintiff | Attorneys for Carl J. Gabrielse |
| Grandville State Bank Building | 161 Ottawa Ave. |
| 3996 Chicago Drive SW | Suite 501-G |
| Grandville, MI 49418 | Grand Rapids, MI 49503 |
| (616) 531-7711 | (616) 570-0750 |
| joelb@bolhouselaw.com | huntingmp@gmail.com |

SMIETANKA, BUCKLEITNER,
STEFFES & GEZON


BY:    /s/ John A. Smietanka
JOHN A. SMIETANKA (P20610)
Co-Counsel for Plaintiff
4250 Chicago Drive, SW, Suite B
Grandville, MI 49418
(616) 667-2217
jas@smietankalaw.com