UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SARAH THURMAN,

      Plaintiff,                      CASE #1:10-cv-895

v.                                           HON. ROBERT J. JONKER

CARL J. GABRIELSE, In His Personal
And Official Capacity; and CITY OF
HOLLAND,

      Defendants.

___

JOEL W. BAAR  (P56796)                  Mark P. Hunting (P56683)
Bolhouse, Baar & Lefere                     Hunting Law, P.C.
Co-Counsel for Plaintiff                     Attorneys for Carl J. Gabrielse
Grandville State Bank Building            161 Ottawa Ave., Suite 501-G
3996 Chicago Drive SW                  Grand Rapids, MI 49503
Grandville, MI   49418                  (616) 570-0750
(616) 531-7711                             huntingmp@gmail.com
joelb@bolhouselaw.com

JOHN A. SMIETANKA  (P20610)
Smietanka, Buckleitner, Steffes & Gezon
Co-Counsel for Plaintiff
4250 Chicago Drive, SW, Suite B
Grandville, MI   49418
(616) 667-2217
jas@smietankalaw.com

___

**STIPULATED ORDER OF DISMISSAL OF DEFENDANT CARL GABRIELSE WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

      The parties to this Stipulation having agreed, and the Court being further fully advised in the premises;

      NOW, THEREFORE;

      IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Carl Gabrielse are hereby dismissed with prejudice and without costs or attorney fees to any party.

      This Order resolves the last pending claim and closes the case.

Dated: September 29, 2011    /s/Robert J. Jonker
HON. ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED:**

| | |
|---|---|
| BOLHOUSE, BAAR & LEFERE | Hunting Law, P.C. |
| | |
| BY:   /s/ Joel W. Baar | BY:   /s/ Mark P. Hunting |
| JOEL W. BAAR (P56796) | Mark P. Hunting (P56683) |
| Co-Counsel for Plaintiff | Attorneys for Carl J. Gabrielse |
| Grandville State Bank Building | 161 Ottawa Ave. |
| 3996 Chicago Drive SW | Suite 501-G |
| Grandville, MI 49418 | Grand Rapids, MI 49503 |
| (616) 531-7711 | (616) 570-0750 |
| joelb@bolhouselaw.com | huntingmp@gmail.com |

SMIETANKA, BUCKLEITNER,
STEFFES & GEZON


BY:   /s/ John A. Smietanka
JOHN A. SMIETANKA (P20610)
Co-Counsel for Plaintiff
4250 Chicago Drive, SW, Suite B
Grandville, MI 49418
(616) 667-2217
jas@smietankalaw.com